IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-175-FL

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
    v.                              )
                                    )
CATO'S PERSONAL PROPERTY,           )
SPECIFICALLY:                       )
                                    )
$294,924.97 U.S. CURRENCY, et al.   )
                                    )
            Defendants.             )

CONSENT ORDER

By signing below, the undersigned parties have consented to the entry of this Order and have informed the Court of the following:

1. They have settled the litigation in this matter.

2. The parties' settlement is neither a concession by the United States that certain defendants are not subject to forfeiture nor an admission of wrongdoing by the Claimant. Rather, the parties' settlement is merely a compromise to avoid the delay, uncertainty, inconvenience, and expense of protracted litigation of the Government's claims relating to forfeiture of the defendants.

It is, therefore,

1

ORDERED that Claimant shall forfeit to the United States of America certain defendant currency and personal properties, to wit:

$294,924.97 U.S. CURRENCY;
$94,647.11 IN U. S. CURRENCY;
ONE 1998 FORD F800 ROLLBACK TRUCK, VIN: 1FDNF80C6WVA08625;
ONE INTERNATIONAL 4700 BOX TRUCK, VIN: XH600099;
ONE 1967 CHEVROLET IMPALA, VIN: 164379U154332;
ONE 2004 FORD MUSTANG, VIN: 1FAFP44464F109341;
ONE 1988 ISUZU NPR TD BOX TRUCK, VIN: JALB4B1H7J7000243;
ONE 2007 HAULMARK CAR HAULER, VIN: 16HGB20247G088341;
ONE 1995 INTERNATIONAL 4000 SERIES TOW TRUCK, VIN:1HTSCABK1SH264565;
ONE 1993 FORD E350 BOX TRUCK, VIN: 1FDKE37M5PHB49239;
ONE 2000 ISUZU NPR TD BOX TRUCK, VIN: JALB4B144Y7013717;
ONE 1999 GMC SIERRA TRUCK, VIN: 1GTEC14WXXZ523971;
ONE 1988 MONTE CARLO, VIN: 1G1GZ11ZXJP100065;
ONE 2003 MERCEDES BENZ SL 500R, VIN: WDBSK75F83F031537;
A 2005 CHEVY CORVETTE, VIN: 1G1YY24U655112115;
A 1969 CORVETTE STINGRAY, VIN: 194679S734406;
A 2000 BENTLEY ARNAGE, VIN: SCBLC31E7YCX04807; AND
A 2004 CHEVY SSR, VIN: 1GCES14P34B111066,

to be disposed of by the United States Department of Homeland Security according to law;

ORDERED that the United States shall return to the Claimant certain defendant personal properties, to wit:

ONE 55" SAMSUNG TELEVISION;
FOURTEEN (14) MISCELLANEOUS WATCHES;
ONE HUNDRED FORTY-NINE (149) ITEMS OF MISCELLANEOUS JEWELRY;
ONE 2000 ASV RC30 SKIDSTEER, VIN: RSA01452;
ONE SENTURY FIRE PROOF SAFE;
A 2008 BMW X5, VIN: 5UXFE83598L162252; AND
ONE 2001 EXMARK 0 DEGREE TURN LAWNMOWER, VIN: 609222,

as well as all items seized but not a part of this action, once they have no evidentiary value - all to be released by the U. S. Department of Homeland Security to claimant; and

2

ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation.

Upon the entry of this order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 8th day of ____June____, 2016.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE

Consented to by:

_____
STEPHEN A. WEST
Attorney for United States of America

_____
ELLIOT S. ABRAMS
Attorney for Claimant

3